## CASSIUS *v.* ARIZONA

No. 74–5140.  Argued January 21, 1975—Decided March 3, 1975

*Frederick S. Klein* argued the cause for petitioner *pro hac vice*.  With him on the briefs was *John M. Neis*.

*William J. Schafer III* argued the cause for respondent. With him on the brief were *Bruce E. Babbitt,* Attorney General of Arizona, *N. Warner Lee,* former Attorney General, and *Grove M. Callison,* Assistant Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL dissent.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.